**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LIFE INSURANCE COMPANY, a Vermont Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARY HELEN ORTEGA, an individual, BETTY LONG ORTEGA, an individual, NONA JANE ORTEGA, an individual, SALLY ALDAS ORTEGA, an individual, EDUARDO ORTEGA, an individual, DIVIANA ESPERANZA ORTEGA, an individual,<br><br>    Defendants. | Case No. 10-1384 SC<br><br>ORDER DISMISSING CASE |

On April 1, 2010, Plaintiff filed a Complaint in Interpleader. Docket No. 1. The parties were scheduled to appear for an Initial Case Management Conference on July 9, 2010. Docket No. 2. The parties failed to appear. Plaintiff never requested that a summons be issued in this case. Plaintiff has not shown that Defendants were served in this case.

///
///
///
///
///
///

1    The Court finds that Plaintiff's failure to prosecute warrants
2 dismissal of the action.  The Court DISMISSES Plaintiff's case.
3 The Court ORDERS Plaintiff to file a Proposed Order instructing the
4 Clerk of Court to release the money deposited with the Court back
5 to the Plaintiff.  The Proposed Order shall be filed within thirty
6 (30) days of this Order.

7

8    IT IS SO ORDERED.

9

10    Dated:  July 9, 2010



11                                    UNITED STATES DISTRICT JUDGE