IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LIFE INSURANCE COMPANY, a Vermont Corporation,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MARY HELEN ORTEGA, an individual, BETTY LONG ORTEGA, an individual, NONA JANE ORTEGA, an individual, SALLY ALDAS ORTEGA, an individual, EDUARDO ORTEGA, an individual, DIVIANA ESPERANZA ORTEGA, an individual,<br><br>　　Defendants. | Case No. 10-1384 SC<br><br>ORDER RELEASING INTERPLEAD FUNDS |

On July 9, 2010, the Court dismissed this case based on Plaintiff's failure to prosecute. ECF No. 6. In connection with this Interpleader action, Plaintiff deposited with the Clerk of this Court the sum of Fifty-Four Thousand Six Hundred Seventy-Seven Dollars and Twenty-Three Cents ($54,677.23). ECF No. 4. The Clerk of Court shall release the interplead funds back to Plaintiff. This case is dismissed WITH PREJUDICE.

　　IT IS SO ORDERED.

　　Dated: August 10, 2010

_____
UNITED STATES DISTRICT JUDGE